776

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant.— Motion for an enlargement of time within which to perfect appeal granted, and time extended to the May 1960 Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH MULLIGAN, Appellant.— Application for assignment of counsel and for an extension of time within which to perfect appeal. Application denied, upon the ground that no meritorious grounds are shown in the application. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR S. NOWORYTA, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion, in all other respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MANSELL L. MACLEAN, Appellant, against JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of SIGMUND MOSKOWITZ, Respondent, against ROCCO GRANATA et al., Appellants, and COLEMAN GARAGE, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ JOHN B. TERRIS et al., Plaintiffs, v. JOSEPH V. CUMMISKEY, Defendant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 10, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS GRUBBS, Respondent, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Appellant. — Motion for reargument denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD J. SADNESS, Appellant.— Application for permission to argue an appeal in person. Application denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Arbitration between SOPHIE A. CALKA, Appellant, and TOBIN PACKING CO., INC., et al., Respondents. SOPHIE A. CALKA, Plaintiff, v. TOBIN PACKING CO. et al., Defendants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN BESTER, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.